EMMA HOGLUND, as Administratrix, etc., of KONSTA HOGLUND, Respondent, v. CATHERINE COURTEN, Appellant.— In an action to recover for the death of her intestate resulting from a collision between automobiles, judgment for plaintiff reversed on the law and the facts and a new trial granted, costs to abide the event, on the ground that the verdict for the plaintiff on the question of the negligence of

the defendant and the contributory negligence of the decedent is against the weight of the evidence. Young, Hagarty, Davis and Johnston, JJ., concur; Lazansky, P. J., not voting.